**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ENRIQUE CRISTOBAL MENESES,

Petitioner,

v.

ERNESTO SANTACRUZ, JR., et al.,

Respondents.

Case No. 2:25-cv-11206-MCS-PVC

**JUDGMENT**

Pursuant to the Court's Order Re: Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is GRANTED in part. Petitioner's third-country removal claim is denied without prejudice. Judgment is entered in favor of Petitioner Enrique Cristobal Meneses on his procedural due process claim. Petitioner's third-country removal claim is denied without prejudice.

The Court orders Respondents Ernesto Santacruz, Jr., et al. to restore the conditions of Petitioner's release in effect immediately before November 21, 2025, which shall remain in effect until Respondents serve Petitioner with written notice of their intent to remove him to a specified third country. The Court declines to reach Petitioner's other claims given the relief awarded on the procedural due process claim.

DATED: November 3, 2026

Mark C. Scarsi

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE